No. 11–5744. WALKER v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–5746. PAIGE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–5747. BUTTS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–5748. KNIGHT v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–5749. DAVIS v. POLLOCK ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–5751. EDWARDS v. OREGON. Ct. App. Ore. Certiorari denied.

No. 11–5752. BETANCORT-SALAZAR v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 11–5753. MOSES v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Forsyth County, N. C. Certiorari denied.

No. 11–5757. ZIED-CAMPBELL ET VIR v. PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE. Commw. Ct. Pa. Certiorari denied.

No. 11–5758. LAFAELE v. CALIFORNIA (two judgments). Sup. Ct. Cal. Certiorari denied.

No. 11–5760. OGUNSALU v. COURT OF APPEAL OF CALIFORNIA, FOURTH APPELLATE DISTRICT, DIVISION ONE, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 11–5764. TORRENCE v. THOMPSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5765. UMONDAK v. GINSEL. C. A. 5th Cir. Certiorari denied.

